TYSON *v.* WARDEN OF MARYLAND
PENITENTIARY

[App. No. 140, September Term, 1963.]

*Decided May 7, 1964.*

652

Before BRUNE, C. J., and HENDERSON, HAMMOND, PRES-COTT, HORNEY and MARBURY, JJ.

PER CURIAM.

For the reasons assigned by Judge Byrnes in his opinion below, the application for leave to appeal is

*Denied.*